**OSBURN v. DANEK MED., INC.**

[352 N.C. 143 (2000)]

GREGORY OSBURN AND JOY C. OSBURN v. DANEK MEDICAL, INC., SOFAMOR-DANEK GROUP, INC., WARSAW ORTHOPAEDIC, INC., KEITH M. MAXWELL, M.D., KEITH M. MAXWELL, M.D., P.A., AND ST. JOSEPH'S HOSPITAL

No. 549A99

(Filed 16 June 2000)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 135 N.C. App. 234, 520 S.E.2d 88 (1999), finding no error in a judgment entered 29 August 1997 by Payne, J., in Superior Court, Buncombe County. Heard in the Supreme Court 18 May 2000.

*Donald B. Hunt for plaintiff-appellants.*

*Young Moore and Henderson P.A., by Joseph W. Williford and Brian O. Beverly, for defendant-appellees Keith M. Maxwell, M.D., and Keith M. Maxwell, M.D., P.A.*

*Smith Helms Mulliss & Moore, L.L.P., by J. Donald Cowan, Jr., on behalf of American Medical Association, North Carolina Medical Society, and American Academy of Orthopaedic Surgeons, amici curiae.*

PER CURIAM.

AFFIRMED.

Justice ORR did not participate in the consideration or decision of this case.